Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Betty J. Ready*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Betty J. Ready, | Case No. 2:18-cv-01982-JCM-VCF |
|---|---|
| Plaintiff, | **Stipulation of Dismissal of Experian Information Solutions, Inc.** |
| v. | |
| Experian Information Solutions, Inc., | |
| Defendant. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Betty J. Ready ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 29th day of March 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: /s/ Andrew J. Sharples
Andrew J. Sharples, Esq.
Jennifer L. Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Experian Information Solutions, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 29, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148